In the Matter of MARK S. WALLACH, as Chapter 7 Trustee for NORSE ENERGY CORP. USA, Appellant, v TOWN OF DRYDEN et al., Respondents.

Submitted December 30, 2013; decided January 9, 2014

Motion by Office of the Manhattan Borough President for leave to appear amicus curiae on the appeal herein granted only

to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.